No. 394. Indiana Power Company, Plaintiff in Error, *v.* St. Joseph and Elkhart Power Company. In error to the Supreme Court of the State of Indiana. Motions to dismiss or affirm submitted October 14, 1902. Decided October 20, 1902. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Pim* v. *St. Louis,* 165 U. S. 273; *Cook County* v. *Dock Company,* 138 U. S. 635; *Dewey* v. *Des Moines,* 173 U. S. 193, 200; *Mining Company* v. *McFadden,* 180 U. S. 535. *Mr. Frank F. Reed* and *Mr. Ferdinand Winter* for the plaintiff in error. *Mr. Charles Francis Carusi* for the defendant in error.

---

Nos. 328, 329 and 330. Charles T. Carnahan, Plaintiff in Error, *v.* P. K. Connolly. In error to the Court of Appeals of the State of Colorado. Motion to dismiss submitted October 20, 1902. Decided October 27, 1902. *Per Curiam.* Writs of error dismissed for want of jurisdiction on the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Harrison* v. *Morton,* 171 U. S. 38; *Erie Railroad Company* v. *Purdy,* 185 U. S. 148, and other cases; and see *Carnahan* v. *Connolly,* 68 Pac. Rep. 836. *Mr. Charles J. Hughes, Jr.,* for the plaintiff in error. *Mr. C. S. Thomas, Mr. W. H. Bryant* and *Mr. H. H. Lee* for the defendant in error.

---

No. 60. William A. Calvert, Administrator, etc., Plaintiff in Error, *v.* Southern Railway Company. In error to the Circuit Court of the United States for the District of South Carolina. Argued October 31, 1902. Decided November 3, 1902. *Per Curiam.* Judgment affirmed, with costs, on the authority of *St. Louis and San Francisco Railway Company* v. *James,* 161 U. S. 545; and see *Calvert* v. *Southern Railway Company,* 64 S. C. 143; 41 S. E. Rep. 963. *Mr. William N. Graydon* for the plaintiff in error. *Mr. George E. Hamilton* and *Mr. Fairfax Harrison* for the defendant in error.